**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Chenelle COLLINS, Defendant–Appellant.**

**No. 05–11704**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 15, 2005.

Peggy Morris Ronca, Jacksonville, FL, for Plaintiff–Appellee.

Maurice C. Grant, II, R. Fletcher Peacock, Jacksonville, FL, for Defendant–Appellant.

Before EDMONDSON, Chief Judge, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

Maurice C. Grant, II, appointed counsel for Chenelle Collins in this appeal from a revocation of supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and the revocation of Collins's supervised release is AFFIRMED.